In the Matter of the Estate of Walter J. Wenzlaff, Appellee.

Lois Wenzlaff, Administratrix, Appellee, A. C. Becken Co., a Corporation, Claimant-Petitioner-Appellant.

Gen. No. 49,419.

First District, Second Division.

December 8, 1964.

Teller, Levit & Silvertrust, of Chicago (Leo H. Feldman, Howard M. Turner, of counsel), for appellant; Ruff and Grotefeld, of Chicago (Wallace Wyatt, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.